527 A.2d 532

**Mary Bridget SCHELL**

v.

**EASTERN YORK SCHOOL DISTRICT, Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 1987.
Decided July 2, 1987.

Michael I. Levin, Harrisburg, for appellant.

Thomas Scott, Harrisburg, for appellee.

## ORDER

PER CURIAM.

Order affirmed.

HUTCHINSON, J., dissents.